BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY MEDICH )<br>xxx-xx-5814 )<br> )<br> )<br> )<br>       Plaintiff, )<br> )<br>v. )<br> )<br>**MICHAEL J. ASTRUE** )<br>**Commissioner of Social Security** )<br>**of the United States of America,** )<br> )<br>       Defendant. )<br>_____ ) | Case No.  11-2894 DAD<br><br>**STIPULATION AND<br>ORDER EXTENDING PLAINTIFF'S<br>TIME TO FILE SUMMARY<br>JUDGEMENT MOTION** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the plaintiff's time to file her summary judgment is hereby extended from June 4, 2012, to June 21, 2012. This is plaintiff's first extension and is required due to the need to spread-out the briefing of the five other briefs due within the same five day time period as plaintiff's brief.  The briefs have been rescheduled based on the age of the case.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: May 24, 2012 | */s/Bess M. Brewer* |
| 4 | | BESS M. BREWER<br>Attorney at Law |
| 5 | | Attorney for Plaintiff |
| 6 | | |
| 7 | | |
| 8 | Dated: May 24, 2012 | Benjamin B. Wagner |
| 9 | | United States Attorney |
| 10 | | Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX |
| 11 | | Social Security Administration |
| 12 | | /s/ *Tova D. Wolking*<br>TOVA D. WOLKING |
| 13 | | Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: May 29, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
medich2894.stip.eot.ord.wpd

2