1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                         **EASTERN DISTRICT OF CALIFORNIA**

10
   **WENDY MEDICH**              )      Case No.  11-2894 DAD
11  xxx-xx-5814                   )
                                  )
12                                )
                                  )      **STIPULATION AND**
13                                )      **ORDER EXTENDING PLAINTIFF'S**
        **Plaintiff,**            )      **TIME TO FILE SUMMARY**
14                                )      **JUDGEMENT MOTION**
   v.                             )
15                                )
   **MICHAEL J. ASTRUE**          )
16  **Commissioner of Social Security** )
   **of the United States of America,** )
17                                )
        **Defendant.**            )
18                                )
                                  )
19  ─────────────────────────────

20      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21  plaintiff's time to file her summary judgment is hereby extended from June 21, 2012, to June 26, 2012.

22  Plaintiff's counsel is under the weather and unable to complete the brief a scheduled.

23  / / / /

24  / / / /

25  / / / /

26

27

28

                                          1

| | | |
|---|---|---|
| Dated: June 21, 2012 | | */s/Bess M. Brewer* |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |

Dated: June 21, 2012

Benjamin B. Wagner

United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Cynthia De Nardi*
CYNTHIA DE NARDI

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: June 22, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\medich2894.stip.eot2.ord.wpd

2