```
BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
       160 Spear Street, Suite 800
       San Francisco, California 94105
       Telephone: (415) 977-8961
       Facsimile: (415) 744-0134
       Email: cynthia.denardi@ssa.gov
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| WENDY MEDICH, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:11-cv-2894-DAD <br><br> STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND ORDER |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND DOLLARS ($5,000.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to Astrue v.

1  Ratliff, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor the assignment will depend on
2  whether the fees are subject to any offset allowed under the United States Department of the
3  Treasury's Offset Program. After the order for EAJA fees is entered, the government will
4  determine whether they are subject to any offset.
5      Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
6  that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, to
7  be made directly to BESS M. BREWER, ESQ. pursuant to the assignment executed by Plaintiff.
8  Any payments made shall be delivered to BESS M. BREWER, ESQ.
9      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
10 attorney fees and does not constitute an admission of liability on the part of Defendant under the
11 EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any
12 and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees
13 connection with this action.
14      This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security
15 Act attorney fees under 42 U.S.C. § 406, subject to the savings clause provisions of the EAJA.

17 DATE: July 1, 2013

18                By: *s/Bess M. Brewer**
19                BESS M. BREWER, ESQ.
                  Attorney for Plaintiff
20                (*by email authorization 7/1/13)

21 Date: July 10, 2013       BENJAMIN B. WAGNER
22                           United States Attorney

24                By: *Cynthia B. De Nardi*
                  CYNTHIA B. DE NARDI
25                Special Assistant United States Attorney
                  Attorneys for Defendant

-2-

No. 2:11-cv-2894-DAD; EAJA Fee Stipulation

1 ORDER

2  IT IS ORDERED that EAJA fees are awarded in the amount of FIVE
3 THOUSAND DOLLARS ($5,000.00) subject to the terms of the parties' stipulation.
4 Dated:  July 11, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
medich2894.stip.attyfees.eaja.ord.doc